IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEBORAH J. BRAMMER,

      Appellant,

v.

JILL PATE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2431

Opinion filed November 3, 2016.

An appeal from the Circuit Court for Clay County.
Daniel Wilensky, Judge.

Markus Sermons of Law Office of David M. Goldman, PLLC, Jacksonville, for
Appellant.

Jill Pate, pro se, for Appellee.


PER CURIAM.

      AFFIRMED.

MAKAR, KELSEY, and WINSOR, JJ., CONCUR.